1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.: C08-0368 CRB
    PENSION FUND, et al.,
14                                        **PROOF OF SERVICE OF SUMMONS**

15         Plaintiffs,

16  v.

17  CAPITOL CITY DEVELOPMENT, INC. , and
    STEVE PALIOUDAKIS, Individually,
18

19         Defendants.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                         **PROOF OF SERVICE ON SUMMONS**
                                         **CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\Complaint\C08-0368 CRB POS of Summons 021508.DOC

02/15/2008 14:21 FAX 3164513784

| ATTORNEY NAME | | TELEPHONE NO. |
|---|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Bay Area Painters and Tapers Pension Fund, et al v.
Capital City Development, inc., a California Corporation,
and Steve Palioudakis, individually

| PROOF OF SERVICE | DATE:<br>1/31/200/ | TIME:<br>8:53 am | DEPT/DIV: | CASE NUMBER:<br>C08-0368CRB |
|---|---|---|---|---|

I am and was on the date herein mentioned over the age of 18 years and not a party to this action:

I served the: **SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND (PROPOSED ORDER) SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.**

Name: Capital City Development, Inc. c/o Steve Palioudakis

Date of Delivery:    January 31st 2008
Time of Delivery:    8:53am

Place of Service:    5920 24th street
                     Rio Linda, CA 95673

Manner of Service: Personal Service - by personally delivering copies to Steve Palioudakis, Agent for Service of Process for Capital City Development, Inc.

Fee for Service:
ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: January 31, 2008
at Rio Linda, CA

Thomas's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _Douglas Anderson_
Name: Douglas Anderson
Title: RPS, Sacramento county #2006-67

**PROOF OF SERVICE**

| ATTORNEY NAME | | TELEPHONE NO | | |
|---|---|---|---|---|
| MURIEL B. KAPLAN (SBN 124607) MICHELE R. STAFFORD (SBN 172509) SALTZMAN & JOHNSON LAW CORPORATION 120 HOWARD STREET, #520 SAN FRANCISCO, CA 94105 | | (415) 882-7900 | | |
| ATTORNEY FOR PLAINTIFFS | | | | |
| COURT UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE Bay Area Painters and Tapers Pension Fund, et al V. Capital City Development, inc., a California Corporation, and Steve Palioudakis, individually | | | | |
| PROOF OF SERVICE | DATE: 1/31/2008 | TIME: 8:53am | DEPT/DIV: | CASE NUMBER: C08-0368CRB |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND (PROPOSED ORDER) SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

**Name: Steve Palioudakis**

**Date of Delivery:** January 31st 2008
**Time of Delivery:** 8:53am

**Place of Service:** 5920 24th street
Rio Linda, CA 95673

**Manner of Service:** Personal Service - by personally delivering copies to Steve Palioudakis, Agent for Service of Process for Capital City Development, inc.

**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: January 31, 2008
at Rio Linda, CA

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2186

Signature: _____
Name: Douglas Anderson
Title: RPS, Sacramento county #2006-67

# PROOF OF SERVICE