1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | BAY AREA PAINTERS AND TAPERS            | Case No.: C08-0368 CRB
   | PENSION FUND, BAY AREA PAINTERS         |
14 | AND TAPERS HEALTH FUND, NORTHERN        | **REQUEST FOR ENTRY OF DEFAULT;**
   | CALIFORNIA DISTRICT COUNCIL 16          | **DECLARATION OF MICHELE R.**
15 | APPRENTICE AND JOURNEYMAN               | **STAFFORD IN SUPPORT**
   | TRAINING TRUST FUND, AND THEIR          |
16 | JOINT BOARDS OF TRUSTEES; LES           |
   | PROTEAU, CHARLES DEL MONTE, AND         |
17 | DOUG CHRISTOPHER, AS TRUSTEES;          |
   | AND DISTRICT COUNCIL 16 OF THE          |
18 | INTERNATIONAL UNION OF PAINTERS         |
   | AND ALLIED TRADES;                      |
19 |                                         |
20 |         Plaintiffs,                     |
21 |                                         |
   | v.                                      |
22 |                                         |
   | CAPITOL CITY DEVELOPMENT, INC., a       |
23 | California Corporation, and STEVE       |
24 | PALIOUDAKIS, Individually               |
25 |         Defendants.                     |
26

27 ///

28
                                                                    -1-
                                                  **REQUEST FOR ENTRY OF DEFAULT**
                                                        **CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request for Default 022308.doc

TO THE CLERK:

Please enter the default of defendant CAPITAL CITY DEVELOPMENT, INC., a California Corporation, and STEVE PALIOUDAKIS, individually, on the Complaint in the above-entitled action. This request is based on the fact that defendant have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. A Complaint was filed by plaintiffs in this matter on January 18, 2008.

2. Defendants were sub-served on January 31, 2008.

3. A Proof of Service on Summons was filed with the Court on February 15, 2008.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of February, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____    _____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST FOR ENTRY OF DEFAULT
CASE NO.: C08-0368 CRB

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request for Default 022308.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 27, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Capitol City Development, Inc.**
**c/o Steve Palloudakis**
**5920 24th Street**
**Rio Linda, CA 95673**

**Steve Palloudakis**
**5920 24th Street**
**Rio Linda, CA 95673**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of February, 2008, at San Francisco, California.

/s/
Andrea Gonzalez