**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 4, 2008

RE: <u>CV 08-00368 CRB</u>     <u>BAY AREA PAINTERS-v- CAPITOL CITY DEVELOPMENT</u>

Default is entered as to defendants Capitol City Development, Inc. And Steve Palioudakis on March 4, 2008.

RICHARD W. WIEKING, Clerk

by   Maria Loo
Case Systems Administrator

NDC TR-4  Rev. 3/89