1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | BAY AREA PAINTERS AND TAPERS          | Case No.: C08-0368 CRB
   | PENSION FUND, et al.,                 |
14 |                                       | **PROOF OF SERVICE**
   |         Plaintiffs,                   |
15 | v.                                    |
   |                                       |
16 | CAPITOL CITY DEVELOPMENT, INC.,       |
17 | and STEVE PALIOUDAKIS,                |
   |                                       |
18 |         Defendants.                   |
19

20         I, the undersigned, declare:

21         I am a citizen of the United States and am employed in the County of San Francisco, State
22
   of California.  I am over the age of eighteen and not a party to this action.  My business address is
23
   120 Howard Street, Suite 520, San Francisco, California 94105.
24
25         On March 7, 2008, I served the following document(s):

26                              **ENTRY OF DEFAULT**

27 ///
   ///
28 ///

-1-
**PROOF OF SERVICE**
**CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Proof of Service 030708.doc

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

        **Capitol City Development, Inc.**    **Steve Palloudakis**
        **c/o Steve Palloudakis**             **5920 24th Street**
        **5920 24th Street**                 **Rio Linda, CA 95673**
        **Rio Linda, CA 95673**

8        I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 7th day of March, 2008, at San Francisco, California.

                                               _____/s/_____
                                                   Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**CASE NO.: C08-0368 CRB**