Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0368 CRB |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CAPITOL CITY DEVELOPMENT, INC., a California Corporation, and STEVE PALIOUDAKIS, Individually | CMC:         April 25, 2008
Time:         8:30 a.m.
Courtroom: 8, 19th Floor
Location:    450 Golden Gate Avenue
                 San Francisco, CA |
| Defendants. | Judge:        Honorable Charles R. Breyer |

Plaintiffs hereby request that the Case Management Conference currently scheduled for Friday April 25, 2008, at 8:30 a.m. be continued for at least sixty (60) days.

1. The Clerk entered the default of Defendants on March 4, 2008.

2. To date, Defendants have failed to pay attorneys' fees and costs incurred by Plaintiffs in connection with this action as required by the Collective Bargaining Agreement and the Trust Agreements incorporated therein. Defendants have also failed to submit reports for hours worked by its employees in February 2008. Plaintiffs are attempting to informally resolve

1 these issues with Defendants. In the event that this matter is not informally resolved, Plaintiffs
2 intend to file a Motion for Default Judgment.

3      3.    In an effort to minimize the attorneys' fees and costs for all parties, Plaintiffs
4 respectfully request that the Court continue the Case Management Conference for a period of at
5 least sixty (60) days in order to allow the parties ample opportunity to resolve this matter
6 informally and for Plaintiffs to file a Motion for Default Judgment, if necessary.

7      I declare under penalty of perjury that I am one of the attorneys for the Plaintiffs in the
8 above entitled action, and that the foregoing is true of my own knowledge.

9      Executed this 15th day of April 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____    _____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE CMC
CASE NO.: C08-0368 CRB

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request to Continue CMC 041508.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 15, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Capitol City Development, Inc.**  **Steve Palloudakis**
> **c/o Steve Palloudakis**           **5920 24th Street**
> **5920 24th Street**                **Rio Linda, CA 95673**
> **Rio Linda, CA 95673**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of February, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST TO CONTINUECMC**
**CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request to Continue CMC 041508.doc