1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
3 | 120 Howard Street, Suite 520
San Francisco, CA 94105
4 | (415) 882-7900
(415) 882-9287 – Facsimile
5 | mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
6 |
7 | Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
8 | PENSION FUND, et al.

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | BAY AREA PAINTERS AND TAPERS | Case No.: C08-0368 CRB
PENSION FUND, et al.,
12 | | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
13 |        Plaintiffs,
14 | v.
15 | CAPITOL CITY DEVELOPMENT, INC., a | CMC:         April 25, 2008
California Corporation, and STEVE | Time:        8:30 a.m.
16 | PALIOUDAKIS, Individually | Courtroom: 8, 19th Floor
Location:    450 Golden Gate Avenue
17 |        Defendants. |              San Francisco, CA
Judge:        Honorable Charles R. Breyer
18 |

19 |
20 |        Plaintiffs hereby request that the Case Management Conference currently scheduled for

21 | Friday April 25, 2008, at 8:30 a.m. be continued for at least sixty (60) days.

22 |        1.       The Clerk entered the default of Defendants on March 4, 2008.

23 |        2.       To date, Defendants have failed to pay attorneys' fees and costs incurred by

24 | Plaintiffs in connection with this action as required by the Collective Bargaining Agreement and

25 | the Trust Agreements incorporated therein.   Defendants have also failed to submit reports for

26 | hours worked by its employees in February 2008.   Plaintiffs are attempting to informally resolve

27 |
28 |

-1-
**REQUEST TO CONTINUE CMC**
**CASE NO.: C08-0368 CRB**

these issues with Defendants. In the event that this matter is not informally resolved, Plaintiffs intend to file a Motion for Default Judgment.

3.       In an effort to minimize the attorneys' fees and costs for all parties, Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of at least sixty (60) days in order to allow the parties ample opportunity to resolve this matter informally and for Plaintiffs to file a Motion for Default Judgment, if necessary.

I declare under penalty of perjury that I am one of the attorneys for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of April 2008, at San Francisco, California.

                                        SALTZMAN & JOHNSON LAW CORPORATION


                         By:       _____/s/_____
                                   Shaamini A. Babu
                                   Attorneys for Plaintiffs


IT IS SO ORDERED.       The case management conference is continued to June 27, 2008 at 8:30a.m.


Date:  _April 17, 2008_____        _____
                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request to Continue CMC 041508.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 15, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Capitol City Development, Inc.**    **Steve Palloudakis**
**c/o Steve Palloudakis**             **5920 24th Street**
**5920 24th Street**                 **Rio Linda, CA 95673**
**Rio Linda, CA 95673**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of February, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Request to Continue CMC 041508.doc