1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.: C08-0368 CRB
    PENSION FUND, et al.,
14                                         **PROOF OF SERVICE**

15          Plaintiffs,
    v.
16
    CAPITOL CITY DEVELOPMENT, INC.,
17  and STEVE PALIOUDAKIS,

18          Defendants.

19

20          I, the undersigned, declare:

21          I am a citizen of the United States and am employed in the County of San Francisco, State

22

23  of California.  I am over the age of eighteen and not a party to this action.  My business address is

24  120 Howard Street, Suite 520, San Francisco, California 94105.

25          On April 18, 2008, I served the following document(s):

26                          **ORDER ON**
        **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
27  ///

28  ///
                                                              **-1-**
                                              **PROOF OF SERVICE**
                                              **CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Proof of Service 041808.doc

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4
5
**Capitol City Development, Inc.      Steve Palloudakis**
**c/o Steve Palloudakis                5920 24th Street**
**5920 24th Street                Rio Linda, California 95673**
6  **Rio Linda, California 95673**

7

8      I declare under penalty of perjury that the foregoing is true and correct and that this

9  declaration was executed on this 18th day of April, 2008, at San Francisco, California.

10

11

12                        _____/s/_____
                                Vanessa de Fábrega

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    -2-
                                        **PROOF OF SERVICE**
                                        **CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Proof of Service 041808.doc