1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                      UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

   BAY AREA PAINTERS AND TAPERS              Case No.:  C08-0368 CRB
12  PENSION FUND, et al.,
                                              **NOTICE OF CHANGE OF ADDRESS**
13          Plaintiffs,

14  v.

15  CAPITOL CITY DEVELOPMENT, INC., et
   al.,
16
            Defendants.
17

18

19          NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

20  Johnson Law Corporation, will relocate its office. This notice is sent to you to advise you that the

21  new address to which all payments, correspondence, as well as copies of all pleadings, notices and

22

23  other papers, should be sent, **effective May 5, 2008**, is:

24          Saltzman & Johnson Law Corporation
            **44 Montgomery Street, Suite 2110**
25          **San Francisco, California 94104**
            Tel: 415-882-7900 / Fax: 415-882-9287
26

27

28                                                              **-1-**
                                         **NOTICE OF CHANGE OF ADDRESS**
                                              **Case No. C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Notice of Change of Address 4-17-08.DOC

1     Please note that the telephone and facsimile numbers have not changed.

2

3

4   Dated: April 22, 2008                    SALTZMAN & JOHNSON LAW COPORATION

5                                            _____/s/_____
                                             Muriel B. Kaplan
6                                            Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                        -2-
                                            **NOTICE OF CHANGE OF ADDRESS**
                                            **Case No. C08-0368 CRB**

1

PROOF OF SERVICE

2

I, the undersigned, declare:

3

I am a citizen of the United States and am employed in the County of San Francisco, State

4

of California.  I am over the age of eighteen and not a party to this action.  My business address is

5

120 Howard Street, Suite 520, San Francisco, California 94105.

6

7

On April 25, 2008, I served the following documents:

8

**NOTICE OF CHANGE OF ADDRESS**

9

on the interested parties in said action by facsimile transmittal and placing a true and exact copy of

10

each document in and sealed envelope with postage thereon fully prepaid, in a United States Post

11

Office box in San Francisco, California, addressed as follows:

12

**Capitol City Development, Inc.**          **Steve Palloudakis**
13  **c/o Steve Palloudakis**                         **5920 24th Street**
**5920 24th Street**                            **Rio Linda, CA 95673**
14  **Rio Linda, CA 95673**

15

16

I declare under penalty of perjury that the foregoing is true and correct and that this

17

declaration was executed on this 25th day of April, 2008, at San Francisco, California.

18

19

_____/s/_____
20                                   Diana M. Sage

21

22

23

24

25

26

27

28

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No. C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Notice of Change of Address 4-17-08.DOC