Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CAPITOL CITY DEVELOPMENT, INC., et al.,<br><br>  Defendants. | Case No.:  C08-0368 CRB<br><br>**AMENDED PROOF OF SERVICE** |

-1-
**AMENDED PROOF OF SERVICE**
**Case No. C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Amended POS 050708.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On April 25, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Capitol City Development, Inc.**<br>c/o Steve Palloudakis<br>5920 24th Street<br>Rio Linda, CA 95673 | **Steve Palloudakis**<br>5920 24th Street<br>Rio Linda, CA 95673 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of May, 2008, at San Francisco, California.

_____/s/_____
Diana M. Sage

-1-
**AMENDED PROOF OF SERVICE**
**Case No. C08-0368 CRB**