1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
8  PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0368 CRB |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CAPITOL CITY DEVELOPMENT, INC., and STEVE PALIOUDAKIS, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(A)(i), plaintiffs Bay Area Painters and Tapers Pension Fund, et al., voluntarily dismiss, with prejudice, this action against defendants CAPITOL CITY DEVELOPMENT, INC. and STEVE PALIOUDAKIS.

///

///

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Notice of Voluntary Dismissal 051508.doc

Defendants have neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: May 15, 2008                SALTZMAN & JOHNSON
                                   LAW CORPORATION


                                   By: _____/s/_____
                                       Shaamini A. Babu
                                       Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 15, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Capitol City Development, Inc.** | **Steve Palloudakis** |
| c/o Steve Palloudakis | 5920 24th Street |
| 5920 24th Street | Rio Linda, California 95673 |
| Rio Linda, California 95673 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of May, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-0368 CRB**

P:\CLIENTS\PATCL\Capitol City Development\Pleadings\C08-0368 CRB Notice of Voluntary Dismissal 051508.doc